UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN GIORDANO 　　　　　　　　　　　　　　05-CV-01018 (JSR)
　　　　　　Plaintiff
　-against-

MARKET AMERICA, INC. and
THE CHEMINS COMPANY, INC.
　　　　　　Defendants,

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the instant matter, having resolved the above captioned case by way of settlement, extinguishing all of plaintiff's claims against the defendants and the defendants' cross-claims, hereby Stipulate that the instant matter may be dismissed by the court, with prejudice.

_____　　　　　　　_____
Martin Block, Esq.　　　　　　　　　　　Neil Coscio, Esq. (NLC 7275)
Counsel for Plaintiff　　　　　　　　　　Counsel for Defendant
John Giordano　　　　　　　　　　　　　Market America, Inc.

_____
Edward J. Stolarski, Esq.
Counsel for Defendant
The Chemins Company, Inc.

Dated: Sept 12, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/11

SO ORDERED:

_____
U.S.D.J.

9-19-11